Elizabeth M. Pappy (SBN 157069)
Email: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1503 Grant Road, Suite 200
Mountain View, CA 94040-3270
Tel: 650.327.2672
Fax: 650.688.8333

Attorneys for Defendant
THE OPEN WINDOW PROJECT, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>THE OPEN WINDOW PROJECT, LLC, et.al.,<br><br>    Defendants. | Case No. 2:16-cv-01619-KJM-EFB<br><br>**ORDER RE: EXTENSION OF TIME TO COMPLETE PROPERTY INSPECTION** |

The Court having considered the Application of Defendant The Open Window Project, LLC, for an extension of time to complete the Property Inspection pursuant to the Court's Status (Pretrial Scheduling) Order dated March 10, 2017, and good cause appearing therefor,

IT IS HEREBY ORDERED that the extension for completing the property inspection is continued from May 1, 2017 to June 9, 2017.

Dated: June 1, 2017.

_____
UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

MP #4821-9668-8969 v1
06611-0002

- 1 -

ORDER RE EXTENSION OF TIME TO
COMPLETE PROPERTY INSPECTION
2:16-CV-01619-KJM-EFB