UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No.: 2:16-CV-01619-KJM-EFB |
| Plaintiff, | **ORDER** |
| v. | |
| THE OPEN WINDOW PROJECT, LLC, a California Limited Liability Company; and Does 1-10. | |
| Defendants. | |

Having read the parties' stipulation, ECF No. 21, and good cause appearing, it is hereby ordered that Defendant may re-notice Plaintiff's deposition and the deposition of one of Plaintiff's disclosed witnesses, Tyler Anderson, for December 6, 2017.

Dated: November 14, 2017

_____
UNITED STATES DISTRICT JUDGE